UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OSMOTECH, LLC, )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SPACE HARDWARE OPTIMIZATION )<br>TECHNOLOGY, INC., )<br>  Defendant )<br> and )<br>)<br>JAMES CHERRY and ERIC TAYLOR, )<br>  Additional Defendants. )<br>_____ )<br>)<br>SPACE HARDWARE OPTIMIZATION )<br>TECHNOLOGY, INC., )<br>  Counterclaimant, )<br>)<br>v. )<br>)<br>OSMOTECH, LLC, )<br>  Counterclaim Defendant, )<br> and )<br>)<br>DRYTRONIC, INC., and )<br>PAUL FEMMER, )<br>  Additional Counterclaim )<br>  Defendants. ) | No. 1:07-cv-00713-RLY-TAB |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, jointly stipulate that all of the parties' claims in this action are dismissed WITH PREJUDICE, each party to bear its/his own litigation costs (including attorneys' fees).

                                                           s/ Glen Gammill

2025 S. Brentwood Blvd., Ste. 10
St. Louis, MO  63144
(314) 968-6890
ggammill@coppertitle.com

                                                    s/ Thomas W. Dietrich

1011 Hawks Landing Drive
Lake St. Louis, MO  63367
(314) 342-7796
tdietrich1011@charter.net

Attorneys for Plaintiff and Counterclaim Defendant, Osmotech, LLC, and Additional Counterclaim Defendants, Drytronic, Inc., and Paul Femmer


BAKER & DANIELS LLP


By     s/ Brent D. Taylor

Attorneys for Defendant and Counterclaimant, Space Hardware Optimization Technology, Inc., and Additional Defendants, James Cherry and Eric Taylor

Brent D. Taylor
  Bar No. 1923-49
Emily C. Paavola
  Bar No. 26269-49
300 North Meridian Street
Suite 2700
Indianapolis, IN  46204
(317) 237-0300
brent.taylor@bakerd.com
emily.paavola@bakerd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Glen Gammill
    ggammill@coppertitle.com

    Thomas W. Dietrich
    tdietrich1011@charter.net

                                      s/ Brent D. Taylor